IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01335-PSF-PAC

DURANGO HERALD, INC., a Colorado corporation; and
RIO GRANDE PUBLISHING, INC., a New Mexico corporation,

    Plaintiffs,

v.

DEX MEDIA, INC., a Delaware corporation,

    Defendant.

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion for 90-Day Stay (Dkt. # 26). Upon review of the motion and the file, the Court hereby ORDERS that the motion is GRANTED.

IT IS ORDERED that this action is STAYED for 90 days from the date of this Order;

IT IS FURTHER ORDERED that at the conclusion of the 90-day period, or no later than May 16, 2007, the parties shall file a joint status report with the Court.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers, in the proper format, may be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6A regarding compliance with "Electronic Case Filing Procedures for the District of

Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: February 15, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge